AO 91 (Rev 11/11) Criminal Complaint

**FILED**
March 28, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _Cecie Rodriguez_
DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Brianna Irene BUSTAM<br><br>*Defendant(s)* | Case No. EP22mj597ATB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __03/25/2022__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | Knowingly and intentionally possesses with the intent to distribute a quantity of Fentanyl, to wit; approximately 0.08 kilograms/80 grams (gross weight) of Fentanyl, a Schedule II Controlled Substance. |
| 21 USC 952 | Knowingly and intentionally import into the United States from the Republic of Mexico a quantity of Fentanyl, to wit; approximately 0.08 kilograms/80 grams (gross weight) of Fentanyl, a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Marina Bailon_
*Complainant's signature*

Marina Bailon, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __03/28/2022__

_[signature]_
*Judge's signature*

City and state: __El Paso, Texas__    Anne T. Berton, U.S. Magistrate Judge
*Printed name and title*

Complaint sworn to telephonically on __March 28, 2022__ at __11:58__ and signed electronically. FED.R.CRIM.P. 4.1(b)(2)(A)

Affidavit

On March 25, 2022, Brianna BUSTAM entered the United States from the Republic of Mexico via the pedestrian lanes at the Bridge of the Americas (BOTA) Port of Entry (POE), in El Paso, Texas, which is in the Western District of Texas.

A Customs and Border Protection Officer (CBPO) was manning the primary pedestrian lanes when Brianna BUSTAM applied for admission into the US. BUSTAM claimed she was in Chihuahua, Mexico for two weeks. The CBPO asked BUSTAM if she was traveling alone and BUSTAM stated she had traveled with friends, but they stayed in Mexico. BUSTAM stated she was from Colorado and provided her cell phone with a picture of her identification. CBPO observed BUSTAM avoiding eye contact and asked her if she had ever been arrested. BUSTAM stated she had been arrested for narcotics. BUSTAM provided a negative declaration and was escorted to Passport Control Secondary (PCS) for further inspection.

In the PCS inspection area, a CBPO with her assigned Concealed Human/Narcotics Detector Dog conducted a canine sniff resulting in a positive alert to BUSTAM. A supervisory-approved pat-down search of BUSTAM was conducted by the CBPOs, resulting in the discovery of a bundle in BUSTAM's groin area. The bundle was a gray sock containing numerous blue pills with a total weight of approximately 0.08 kilograms/80 grams (gross weight), which tested positive for the properties of fentanyl.

U.S. Homeland Security Investigations Special Agent Marina Bailon read BUSTAM her Miranda Rights in the English language, witnessed by SA Oscar Flores. BUSTAM acknowledged in writing she understood her rights and chose not to make any statements without the presence of an attorney.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included every fact known to me concerning this investigation.